UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-30761 |
|---|---|
| SCOTT EDWARD HENRY | (Chapter 13) |
| MELISSA KAYE HENRY | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3985966**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 15/ 48 | NATIONSTAR MORTGAGE<br>350 HIGHLAND DRIVE<br>LEWISVILLE, TX  75067 | 675.19 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/1/2009

|  |  |  |
|---|---|---|
|  | Certificate of Service | 07-30761 |

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| SCOTT EDWARD HENRY | PAULA M POWERS | (48.1) |
| MELISSA KAYE HENRY | 4 W MAIN ST | NATIONSTAR MORTGAGE |
| 3239 TACKETT STREET | SUITE 630 | 350 HIGHLAND DRIVE |
| SPRINGFIELD, OH  45503 | SPRINGFIELD, OH  45502 | LEWISVILLE, TX  75067 |
| (47.1n) | (40.1n) | |
| NATIONSTAR MORTGAGE | PORTFOLIO RECOVERY ASSOCIATES | |
| BOX 829009 | BOX 41067 | |
| DALLAS, TX  75382 | NORFOLK, VA  23541 | |

Jeffrey M. Kellner BY       ___/s/ Jeffrey M. Kellner___       cs